File Hashes for IP Address 173.63.211.55

**ISP:** Verizon FiOS
**Physical Location:** Westfield, NJ

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 02/05/2013 10:45:26 | 295F19F5BD9FABEE112D055368BB41D49186484D | Seeing Double |
| 01/31/2013 10:54:05 | D48C77682E692BBAF9906218DF8A3F10E5F12023 | Working Out Together |
| 01/22/2013 09:15:32 | BA23078533CCBE4BCF265D99A9E6DE3420120683 | One Night Stand |
| 01/22/2013 09:06:40 | D8CAC2CE015C6CDE8E5F5A2EC2BF263A086CAA41 | A Little Rain Must Fall |
| 01/20/2013 15:40:31 | C7E4D1847C35F0FB4B4705A9517A11E55248615D | Yoga Master and Student |
| 01/18/2013 09:18:37 | 0CE92EF780541EB7BFFD89D9ED528733B3D83B16 | Want You |
| 01/18/2013 09:14:39 | 6806D70E1315813E607B5F0CC1EFB40A9C334FB1 | Inside Perfection |
| 01/08/2013 08:51:26 | 2F9072DFA4B3679949D33C3FFCE209A702155F10 | Pure Grace |
| 01/03/2013 09:10:32 | 5008E8D8A71DE01B9E68F98FB8499424A85F60AE | Pure Passion |
| 01/03/2013 09:00:51 | 427D83F0D02D050C5E36F20EFA94C4B6F7CA8A6D | Sunday Afternoon |
| 01/03/2013 09:00:50 | 530E7041C6EE7AD4F321B93F73BB1CEFD0599887 | Carlie Beautiful Blowjob |
| 01/03/2013 08:54:40 | 27480B702A95A52335FD2BFBE97966DD194578D9 | Morning Desires |
| 12/28/2012 02:40:16 | 85900031A5EC6FABFCA6FFFD4B4230DB748D0652 | Blonde Ambition |
| 12/27/2012 10:45:50 | 88BCB17DE301CC09401232AE0F7FDB5BC71EF47E | Pretty Back Door Baby |
| 12/27/2012 10:45:21 | 3E17717095382E22D2B9F55171E2464B0297F1E9 | The Art of Anal Sex |
| 12/27/2012 10:39:21 | AF4FEA9577B0B1C6C617B7CD3C048BB0283C2448 | The Rich Girl Part #2 |
| 12/27/2012 04:06:09 | 595C2BD028C5D48598B62414433DB0CA3F5E21E7 | Little Lover |
| 12/26/2012 23:48:00 | 2C1EA8F86C9FE050C47CBE365F281C1B9EF06D15 | Caprice Tropical Vibe |
| 12/26/2012 10:25:32 | A84109FC86C20C3D42C2B9D30BFD2F3268D751C8 | Breakfast in Bed |
| 12/26/2012 04:03:43 | 4109FC1779FA182B84CC0CC1FC38431F3EDFB4D5 | A Girls Fantasy |
| 12/26/2012 03:55:44 | E539B58C0992C2D305D533E88F6F15B3E4C543D0 | A Love Story |
| 12/21/2012 10:46:12 | 6F1A76FF1C2D59D8F4ADD2040DE8C46D3A51E5CD | Miss Perfect |

EXHIBIT A

CNJ41

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 12/17/2012 09:59:41 | E0309C3590DAB1A992AF0B82823E7C5B789DCACC | Miss Me Not |
| 12/17/2012 03:26:18 | 556A3EF2AA4D365AF8D2CADC88A7C2253CB7286F | Farewell |
| 12/05/2012 09:05:07 | BFC68BB3E1C89313B1C98DDFEB7D168F0926A38D | California Dreams |
| 12/04/2012 10:21:41 | 6B79A83D040544BB8F40D7D2B490DBC981BE762E | Silvie Eufrat Strip Poker |
| 11/30/2012 10:07:34 | BCACC3C596F61D418DCFD40F511DF324A5C658C5 | Daydream |
| 11/27/2012 10:46:31 | 060184206D43B879964BC0C6019DA64AF735DC45 | Heart and Soul |
| 11/13/2012 10:19:40 | C24D01BF59178BE4E876A683BF2DC9F6CB8D81A5 | The Ultimate Blowjob |

**Total Statutory Claims Against Defendant: 29**